# Order

Michigan Supreme Court
Lansing, Michigan

November 21, 2011

Robert P. Young, Jr.,
Chief Justice

143536

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 143536
COA: 302088
Ingham CC: 09-001367-FH

DAVID CHUCK CROFF,
　　　　Defendant-Appellant.
_____/

　　　　On order of the Court, the application for leave to appeal the June 15, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals, and REMAND this case to the Court of Appeals for consideration as on leave granted. The Court of Appeals order is insufficient to provide meaningful appellate review. The order remands this case to the Ingham Circuit Court for resentencing within a specific sentencing guidelines range, but provides no basis for review because it fails to explain how the circuit court erred and the standards used by the Court of Appeals in reviewing the circuit court's decisions.

　　　　We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

Clerk

y1114